UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sudharshanam Thallapaka,<br><br>                               Plaintiff,<br>     -v-<br><br>Sheridan Hotel Associates LLC, and<br>Pankaj Shah,<br><br>                               Defendants. | Civ. Action #: 15-CV-1321 (WHP)(GWG)<br><br>**Motion to Expedite** |

**TO:** Hon. William H. Pauley III, USDJ
    United States District Court, SDNY
    500 Pearl Street, Courtroom 20B
    New York, NY 10007
    Tel: 212-805-6387

     My firm represents plaintiff in the above-referenced action, and I write on his behalf to respectfully request an expedited disposition of defendants' request for approval of the settlement in this action. While plaintiff is not seeking approval, defendants are, and they submitted the settlement agreement to the Court for approval, by email on or about June 8, 2015.

     As counsel, I am caught between the proverbial rock and a hard place. On one hand, I personally do not mind waiting and fully understand that the Court has a heavy caseload with a lot of very important and pressing matters. On the other hand, my client is in difficult financial circumstances, has called my office numerous times, and very much needs the monies he is owed under the settlement agreement to take care of his financial obligations without delay. Of course, the Court will ultimately decide in its discretion how to handle its docket.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF